**Order entered April 15, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01448-CV

### IN THE INTEREST OF E.R.D., A CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-51929-2011**

### ORDER

Before the Court is appellant's April 13, 2020 motion requesting the Court to extend the time to file his brief on the merits and to abate the appeal to allow the trial court to make findings of fact and conclusions of law.  To the extent appellant seeks an extension to file his brief, we **GRANT** the motion and extend the time to **May 15, 2020**.

The trial court's findings of fact related to the August 26, 2019 amended order that is the subject of this appeal are contained in the clerk's record at page 62.  Accordingly, to the extent appellant seeks abatement based on the absence of findings, we **DENY** the motion as moot.

/s/     BILL WHITEHILL
JUSTICE